UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE HARTMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 3:09-CV-03220-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC** *fka* **FOSTER WHEELER CORPORATION** |

　　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: October 20, 2015　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC fka FOSTER WHEELER CORPORATION

**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555